150 So.2d 585

Frances LUQUETTE

v.

Mervin E. FLOYD.

No. 46592.

March 12, 1963.

In re: Mervin E. Floyd applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 147 So.2d 894.

Writ refused. On the facts found by the Court of Appeal the result is correct.